J-A32006-14

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| ROD MATTHEWS | |
| Appellant | No. 415 EDA 2013 |

Appeal from the Judgment of Sentence September 21, 2012
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0009582-2010

BEFORE: PANELLA, J., OLSON, J., and FITZGERALD, J.[*]

DISSENTING STATEMENT BY FITZGERALD, J.:          **FILED MAY 26, 2015**

The majority has astutely considered Appellant's **Brady**[1] claim based on the nondisclosure of the arresting officers' statements to internal affairs. I write separately, however, because I am of the view that Appellant established a **Brady** violation. Accordingly, rather than remand for a further hearing on the materiality of the officers' statements and the prejudice resulting from the Commonwealth's failure to disclose, I would vacate the judgment of sentence and remand for a new trial. Therefore, I respectfully dissent.

---

[*] Former Justice specially assigned to the Superior Court.

[1] **Brady v. Maryland**, 373 U.S. 83 (1963).